COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:          01-19-00685-CV

Style:          In the Interest of M.A.J. Jr., H.A.J., and B.D.J., Children

Date motion filed:      April 13, 2020

Type of motion:      Appellant's unopposed motion for extension of time to file response to motion for rehearing

Party filing motion:      Appellant

Document to be filed:      Appellant

Is appeal accelerated?      Yes

If motion to extend time:

      Original due date:      April 13, 2020

      Number of previous extensions granted:    0        Current Due date:  April 13, 2020

      Date Requested:      April 24, 2020

Ordered that motion is:

    ☑  Granted

        If document is to be filed, document due:  April 24, 2020

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

Judge's signature:    _____/s/ Julie Countiss_____
                      ☑ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date:    _____April 16, 2020_____